088659/4

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO.:

TRANS-AMERICAN IMPORT &
EXPORT CORPORATION,
a Florida corporation,

    Plaintiff

v.

COLONY INSURANCE COMPANY,
a foreign corporation,

    Defendant.

_____/

## DEFENDANT, COLONY INSURANCE COMPANY'S
## NOTICE OF REMOVAL

      COMES NOW, Defendant, COLONY INSURANCE COMPANY (hereinafter "COLONY"), by and through its undersigned counsel, and hereby files its Notice of Removal, and states as follows:

      1.    COLONY is a Defendant in a civil action brought by Plaintiff, TRANS-AMERICAN IMPORT & EXPORT CORPORATION, in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida (hereinafter "State Court"), which is within the geographical jurisdiction of the United States District Court for the Southern District of Florida.

2.     The case brought by Plaintiff in State Court is filed under Case No. 10 -

24561  CA  22,  and  styled  as:  *TRANS-AMERICAN  IMPORT  &  EXPORT*

*CORPORATION, A FLORIDA CORPORATION V. COLONY INSURANCE COMPANY,*

*A FOREIGN CORPORATION*.  Complete copies of all process, pleadings and orders

served upon COLONY in that case are attached to this Notice of Removal, pursuant to 28

U.S.C. §1446(a) as **Composite Exhibit "A"** and incorporated by reference herein.

3.     At all times material hereto, Plaintiff was and is a corporation organized

and existing under the laws of the state of Florida and located in Miami-Dade County,

Florida.[1]  Upon information and belief Plaintiff was and is a citizen of the State of Florida

at all times material to this cause.

4.     At all times material hereto, COLONY was and is a corporation organized

and existing under the laws of the State of Virginia, with its principal place of business in

Virginia.[2]  COLONY was and is a citizen of the State of Virginia at all times material to

this cause.

5.     Plaintiff's Complaint seeks damages against COLONY for an alleged

breach of an insurance contract issued by COLONY to Plaintiff.

---

[1]     Complaint, ¶¶1 & 5, a copy of which can be found as part of the attached **Composite Exhibit "A."**

[2]     See the Virginia State Corporation Commission website information on COLONY, attached hereto and incorporated by reference herein as **Exhibit "B."**

2

CASE NO.
DEFENDANT'S NOTICE OF REMOVAL

6.      Plaintiff's Complaint alleges COLONY is liable to Plaintiff for damages in the amount of $311,724.34, plus attorney's fees and costs.[3]

7.      Plaintiff's allegations of Defendant's liability far exceed the $75,000.00 jurisdictional threshold for diversity cases required pursuant to 28 U.S.C. §1332(a).

8.      This action is a suit between citizens of different states in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, pursuant to §1332(a)(1).

9.      Pursuant to 28 U.S.C. §1441 *et seq.*, COLONY is entitled to remove this action since this Honorable Court has original jurisdiction based upon diversity of citizenship, as provided in 28 U.S.C. §1332(a)(1).

10.     COLONY was served with Plaintiff's Complaint on April 30, 2010. Accordingly, this Notice of Removal was timely filed within thirty (30) days from service pursuant to 28 U.S.C. §1446(b).

11.     Promptly after filing this Notice of Removal, COLONY gave written notice of the filing of this Notice of Removal to Plaintiff, pursuant to 28 U.S.C. §1446(d), by mailing a copy to its attorneys of record:  Catherine M. Rodriguez, Esquire, Levey, Filler, Rodriguez, Kelso & Debianchi, LLP, 1688 Meridian Avenue, Suite 902, Miami Beach,

---

[3]     Complaint, ¶¶ 19 & 20, a copy of which can be found as part of the attached **Composite Exhibit "A."**

3

CASE NO.
DEFENDANT'S NOTICE OF REMOVAL

Florida 33139; and William C. Brown, Esquire, Alonso & Perez, LLP, 4689 Ponce de Leon Boulevard, Suite 200, Coral Gables, Florida 33146.

12.     Promptly after filing this Notice of Removal, COLONY also filed a copy of this Notice of Removal with the Clerk of the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, pursuant to 28 U.S.C. §1446(d).

13.     COLONY requests that the civil action filed by Plaintiff in the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 10 - 24561 CA 22, and styled as: *TRANS-AMERICAN IMPORT & EXPORT CORPORATION, A FLORIDA CORPORATION V. COLONY INSURANCE COMPANY, A FOREIGN CORPORATION*, be removed to this Honorable Court as provided by 28 U.S.C. §1441 *et seq.*, and that this Honorable Court accept subject matter jurisdiction over this action.

WHEREFORE, Defendant, COLONY INSURANCE COMPANY, prays that the civil action filed by Plaintiff be removed to this Honorable Court as provided by 28 U.S.C. §1441 *et seq.,* and that this Honorable Court accept subject matter jurisdiction over this action.

## CERTIFICATE OF SERVICE

I hereby certify that on **May 28, 2010**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of

4

**CASE NO.**
**DEFENDANT'S NOTICE OF REMOVAL**

Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

By: */ s / **Marc J. Gutterman***
Marc J. Gutterman, Esquire
Florida Bar No. 118818
CONROY, SIMBERG, GANON, *ET AL*
Counsel for COLONY
3440 Hollywood Boulevard
Second Floor
Hollywood, Florida 33021
Telephone:  954.961.1400
Facsimile:   954.967.8577
Email: mgutterman@conroysimberg.com

5

CASE NO.
DEFENDANT'S NOTICE OF REMOVAL

## SERVICE LIST

| Marc J. Gutterman, Esquire<br>mgutterman@conroysimberg.com<br>CONROY, SIMBERG, GANON, *et al.*<br>3440 Hollywood Boulevard<br>Second Floor<br>Hollywood, Florida 33021<br>Telephone:  954.961.1400<br>Facsimile:   954.967.8577<br><br>Attorney for Defendant<br>COLONY INSURANCE COMPANY | Catherine M. Rodriguez, Esquire,<br>cmrodriguez@leveyfiller.com<br>LEVEY, FILLER, RODRIGUEZ, *et al.*<br>1688 Meridian Avenue<br>Suite 902<br>Miami Beach, Florida 33139<br><br>William C. Brown, Esquire<br>WBrown@alonsoperezlaw.com<br>Alonso & Perez, LLP<br>4689 Ponce de Leon Boulevard<br>Suite 200<br>Coral Gables, Florida 33146<br><br>Attorneys for Plaintiff<br>TRANS-AMERICAN IMPORT &<br>EXPORT CORPORATION |
| --- | --- |

6